AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| NATASHA ACOSTA, ET AL | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. *11-1326 JAF* |
| APPLE, INC., ET AL | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE WEATHER CHANNEL, INC.
Interstate North Parkway SE
Atlanta, Georgia 30339-2403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John F. Nevares, Esq
John F. Nevares & Associates, PSC
1225 Ponce de Leon Ave.
Santurce, Puerto Rico 00907-3955
Tel: (787) 722-9333 - Fax: (787) 721-8820
E-mail: jfnevares@nevareslaw.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date: **APR - 8 2011**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

NATASHA ACOSTA, ET AL )
)
*Plaintiff* )
)
v. ) Civil Action No. 11-1326 JAF
APPLE, INC., ET AL )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SUNSTORM INTERACTIVE, INC
9643 Oakhaven Court
Indianapolis, Indiana 46256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John F. Nevares, Esq
John F. Nevares & Associates, PSC
1225 Ponce de Leon Ave.
Santurce, Puerto Rico 00907-3955
Tel: (787) 722-9333 - Fax: (787) 721-8820
E-mail: jfnevares@nevareslaw.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date: APR - 8 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

NATASHA ACOSTA, ET AL )
)
_____ )
*Plaintiff* )
v. ) Civil Action No. 11-1326 JAF
APPLE, INC., ET AL )
)
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROOM CANDY, INC
San Marino, California

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John F. Nevares, Esq
John F. Nevares & Associates, PSC
1225 Ponce de Leon Ave.
Santurce, Puerto Rico 00907-3955
Tel: (787) 722-9333 - Fax: (787) 721-8820
E-mail: jfnevares@nevareslaw.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date: APR - 8 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| NATASHA ACOSTA, ET AL | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No.  11-1326 JAF |
| APPLE, INC., ET AL | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PANDORA MEDIA, INC.
2101 Webster Street
Ste. 1650
Oakland, California 94612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John F. Nevares, Esq
John F. Nevares & Associates, PSC
1225 Ponce de Leon Ave.
Santurce, Puerto Rico 00907-3955
Tel: (787) 722-9333 - Fax: (787) 721-8820
E-mail: jfnevares@nevareslaw.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date:  APR - 8 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| NATASHA ACOSTA, ET AL <br><br> *Plaintiff* <br><br> v. <br><br> APPLE, INC., ET AL <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 11-1326 JAF <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OUTFIT7 LTD.
Palo Alto, California


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John F. Nevares, Esq
John F. Nevares & Associates, PSC
1225 Ponce de Leon Ave.
Santurce, Puerto Rico 00907-3955
Tel: (787) 722-9333 - Fax: (787) 721-8820
E-mail: jfnevares@nevareslaw.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

FRANCES RIOS DE MORAN
CLERK OF COURT

Date: APR - 8 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| NATASHA ACOSTA, ET AL | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 11-1326 JAF |
| APPLE, INC., ET AL | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOGII, INC.
13160 Mindanao Way
Ste. 233
Marina Del Rey, California 90292

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John F. Nevares, Esq
John F. Nevares & Associates, PSC
1225 Ponce de Leon Ave.
Santurce, Puerto Rico 00907-3955
Tel: (787) 722-9333 - Fax: (787) 721-8820
E-mail: jfnevares@nevareslaw.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORA
CLERK OF COURT   CLERK OF COURT

Date: APR - 8 2011

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

NATASHA ACOSTA, ET AL
_____
*Plaintiff*
v.
APPLE, INC., ET AL
_____
*Defendant*

) ) ) ) ) ) ) )

Civil Action No. *11-1326 JAF*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DICTIONARY.COM, LLC
555 12th Street
Ste. 100
Oakland, California 94607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John F. Nevares, Esq
John F. Nevares & Associates, PSC
1225 Ponce de Leon Ave.
Santurce, Puerto Rico 00907-3955
Tel: (787) 722-9333 - Fax: (787) 721-8820
E-mail: jfnevares@nevareslaw.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

FRANCES RIOS DE MORAN
CLERK OF COURT

Date: APR - 8 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| NATASHA ACOSTA, ET AL <br><br> *Plaintiff* <br><br> v. <br><br> APPLE, INC., ET AL <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. *11-1326 JAF* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BACKFLIP STUDIOS, INC.
Boulder, Colorado

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John F. Nevares, Esq
John F. Nevares & Associates, PSC
1225 Ponce de Leon Ave.
Santurce, Puerto Rico 00907-3955
Tel: (787) 722-9333 - Fax: (787) 721-8820
E-mail: jfnevares@nevareslaw.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date: APR - 8 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

NATASHA ACOSTA, ET AL )
_____ )
*Plaintiff* )
v. ) Civil Action No. 11-1326 JAF
APPLE, INC., ET AL )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  APPLE, INC.
Cupertino, California

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John F. Nevares, Esq
John F. Nevares & Associates, PSC
1225 Ponce de Leon Ave.
Santurce, Puerto Rico 00907-3955
Tel: (787) 722-9333 - Fax: (787) 721-8820
E-mail: jfnevares@nevareslaw.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

FRANCES RIOS DE MORAN
CLERK OF COURT

Date: APR - 8 2011

*Signature of Clerk or Deputy Clerk*